**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DON MERCELEANY R.
MAXWELL/G-DOFFEE                                                                                    PLAINTIFF
ADC #108778

V.                                   NO: 5:09CV00295 JMM/HDY

ALLEN *et al.*                                                                                         DEFENDANTS

## <u>ORDER</u>

On September 2, 2011, Defendants filed a motion for summary judgment, a brief in support, and a statement of facts (docket entries #48-#50). Although more than 14 days have passed, Plaintiff has not responded. However, in light of Plaintiff's *pro se* status, he will be granted an additional 14 days to file his response.

IT IS THEREFORE ORDER THAT Plaintiff file his response to Defendants' motion for summary judgment no later than 14 days after this order's entry date.

DATED this    23    day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE