IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON MERCELEANY R.
MAXWELL/G-DOFFEE                                                                              PLAINTIFF
ADC #108778

V.                                         NO: 5:09CV00295 JMM

ALLEN *et al.*                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE